JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Plaintiff
BARBARA PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-353-WBS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER EXCLUDING TIME |
| BARBARA PERRY, | |
| Defendant. | DATE: March 18, 2013<br>TIME: 9:30 a.m.<br>JUDGE: William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on March 4, 2013.

2. By this stipulation, defendant now moves to continue the status conference until March 18, 2013 and to exclude time between March 4, 2013 and March 18, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Approximately 653 pages of discovery has been produced directly to counsel and/or made available for inspection and copying.

   b. Counsel for defendant desires additional time to consult with her client who is detained in Nevada

1

City, to review the current charges and discovery, to conduct investigation and research related to the charges, and to discuss potential resolutions with her client.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2013 to March 18, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 4, 2013                   JOSEPH SCHLESINGER
                                          Acting Federal Defender


                                          /s/ Angeles Zaragoza
                                          ANGELES ZARAGOZA
                                          Counsel for Defendant
                                          BARBARA PERRY

/ / /

/ / /

/ / /

/ / /

DATED: February 4, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Angeles Zaragoza for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of February, 2013.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE