JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BARBARA PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-353-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | ORDERING PRE-PLEA PRESENTENCE |
| ) | CRIMINAL HISTORY REPORT |
| BARBARA PERRY, ) | |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | Date:  March 18, 2013 |
| ) | Time:  9:30 a.m. |
| _____ ) | |

    The parties mutually request that the Court order the U.S. Probation office to prepare a Pre-Plea Presentence Criminal History report.  Defense investigation of this issue suggests results of such a review and report will have a substantial ameliorative effect on advisory guideline computations and a consequential beneficial effect on the ability of the parties to reach mutually agreeable terms of resolution of the case without trial.

    The court is advised that defense counsel has conferred with Supervising U.S. Probation Officer Hugo Ortiz who has advised that five to six weeks is needed for the probation office to perform this task. He has also advised that the Probation Office needs an order from the

court directing them to undertake this inquiry.  A proposed order as requested by Mr. Ortiz follows this stipulation.  The court's deputy clerk has advised defense counsel that the court is available for status conference on March 18, 2013, thereby allowing the Probation Office the time they require to prepare the requested report.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2013 to March 18, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Date:   February 5, 2013          /s/ Michael Anderson
                                  MICHAEL ANDERSON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:   February 5, 2013          JOSEPH SCHLESINGER
                                  Acting Federal Defender


                                  /s/ Angeles Zaragoza
                                  ANGELES ZARAGOZA
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  BARBARA PERRY

**O R D E R**

The above stipulation of the parties is accepted.

The probation office is directed to conduct the criminal history review requested in the above stipulation and report its results to counsel for each of the parties on or before March 18, 2013, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date:   February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order               -3-