JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-12-353-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER EXCLUDING TIME |
| | ) | |
| BARBARA PERRY, | ) | |
| | ) | DATE: April 8, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: William B. Shubb |
| _____ | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on March 18, 2013.

2. By this stipulation, defendant now moves to continue the status conference until April 8, 2013 at 9:30 a.m. and to exclude time between March 18, 2013 and April 8, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Approximately 653 pages of discovery has been produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant desires additional time to consult with her client who is detained in Nevada

1

City, to review the current charges and discovery, to conduct investigation and research related to the charges, and to discuss potential resolutions with her client.

c. Counsel received the criminal history report and defense counsel is awaiting documents to confirm the scoring of several of the prior convictions.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2013 to April 8, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 13, 2013                      JOSEPH SCHLESINGER
                                           Acting Federal Defender


                                           /s/ Angeles Zaragoza
                                           ANGELES ZARAGOZA
                                           Counsel for Defendant
                                           BARBARA PERRY

/ / /

/ / /

2

1  / / /

2  / / /

3

4  DATED:  March 13, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney

5

6                                            /s/ Angeles Zaragoza for
                                             MICHAEL ANDERSON
                                             Assistant U.S. Attorney
7                                            Attorney for Plaintiff

8

9

**O R D E R**

10

11

12  IT IS SO FOUND AND ORDERED this 14th day of March, 2013.

13

14  _____
    WILLIAM B. SHUBB
    United States District Judge