1   JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
2   ANGELES ZARAGOZA, #270198
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   NO. CR-S-12-353-WBS
                                       )
11               Plaintiff,            )
                                       )   STIPULATION TO CONTINUE STATUS
12        v.                           )   CONFERENCE; ORDER EXCLUDING TIME
                                       )
13  BARBARA PERRY,                     )
                                       )   DATE:   April 29, 2013
14               Defendant.            )   TIME:   9:30 a.m.
                                       )   JUDGE:  William B. Shubb
15  _____   )

16

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through

18  her counsel of record, hereby stipulate as follows:

19        1.   By previous order, this matter was set for status conference on April 8, 2013.

20        2.   By this stipulation, defendant now moves to continue the status conference until April 29, 2013

21  and to exclude time between April 8, 2013 and April 29, 2013 under Local Code T4.  Plaintiff does not oppose

22  this request.

23        3.   The parties agree and stipulate, and request that the Court find the following:

24        a.   Approximately 653 pages of discovery has been produced directly to counsel and/or made

25             available for inspection and copying.

26        b.   Counsel for defendant desires additional time to consult with her client who is detained in Nevada

27

28                                          1

1   City, to review the current charges and discovery, to conduct investigation and research related to

2   the charges, and to discuss potential resolutions with her client.

3   c.  Counsel received the criminal history report and defense counsel is awaiting documents to confirm

4   the scoring of two of the prior convictions.

5   d.  Counsel for defendant believes that failure to grant the above-requested continuance would deny

6   her the reasonable time necessary for effective preparation, taking into account the exercise of due

7   diligence.

8   e.  The government does not object to the continuance.

9   f.  Based on the above-stated findings, the ends of justice served by continuing the case as requested

10   outweigh the interest of the public and the defendant in a trial within the original date prescribed

11   by the Speedy Trial Act.

12   g.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within

13   which trial must commence, the time period of April 8, 2013 to April 29, 2013, inclusive, is

14   deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results

15   from a continuance granted by the Court at defendant's request on the basis of the Court's finding

16   that the ends of justice served by taking such action outweigh the best interest of the public and

17   the defendant in a speedy trial.

18   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

19   Trial Act dictate that additional time periods are excludable from the period within which a trial must

20   commence.

21   IT IS SO STIPULATED.

22   DATED:  April 2, 2013                           JOSEPH SCHLESINGER
                                                      Acting Federal Defender
23

24                                                   /s/ Angeles Zaragoza
                                                     ANGELES ZARAGOZA
25                                                   Counsel for Defendant
                                                     BARBARA PERRY
26

27   / / /

28   / / /

2

1   / / /

2   / / /

3

4   DATED:  April 2, 2013                  BENJAMIN B. WAGNER
                                           United States Attorney

5

6                                      /s/ Angeles Zaragoza for
                                     MICHAEL ANDERSON

7                                      Assistant U.S. Attorney
                                     Attorney for Plaintiff

8

9

10                                      **O R D E R**

11

12       IT IS SO FOUND AND ORDERED this 2nd day of April, 2013.

13

14                       WILLIAM B. SHUBB

15                       UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28