```
 1
 2
 3
 4
 5
                      UNITED STATES DISTRICT COURT
 6
                     EASTERN DISTRICT OF CALIFORNIA
 7
                              ----oo0oo----
 8
 9
10   UNITED STATES,                    NO. CR. 2:12-0353 WBS
11           Plaintiff,
                                       ORDER OF RECUSAL
12       v.
13   BARBARA PERRY,
14           Defendant.
                                    /
15
16                            ----oo0oo----
17
             The undersigned hereby recuses himself as the judge to
18
     whom this case is assigned.
19
             IT IS THEREFORE ORDERED that the Clerk of the Court
20
     reassign this case to another judge for all further proceedings,
21
     making appropriate adjustments in the assignments of criminal
22
     cases to compensate for such reassignment.
23
              Any dates previously set in this case are hereby
24
     VACATED.
25
     DATED: June 17, 2013
26
                                    _____
27                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
28
```