HEATHER WILLIAMS, Bar #122664
Federal Defender
Angeles Zaragoza, Bar #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BARBARA PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 12-CR-00353-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO WITHDRAW AS COUNSEL; ORDER |
| BARBARA PERRY, | ) | |
| Defendant. | ) | |

Undersigned counsel and the Office of the Federal Defender respectfully move to withdraw as counsel in this case. Mrs. Barbara Perry and the undersigned counsel have a conflict and Mrs. Perry needs new counsel to be appointed to represent her. The Office of the Federal Defender represented to the Court on June 27, 2013, that a conflict had developed, however, preferred to have Mrs. Perry reassigned within the office. It has now come to our attention that it will not be possible for our office to overcome the conflict with Mrs. Perry. Mrs. Perry spoke to Federal Defender, Heather Williams, informing her that she would prefer to not have the Office of the Federal Defender represent her. We agree that Mrs. Perry should have a new counsel appointed to represent her from the CJA panel.

If the Court grants this motion, the Office of the Federal Defender will find counsel from the CJA panel to represent Mrs. Perry. Undersigned counsel will immediately transfer all discovery and

information relating to Mrs. Perry's case to the new counsel. Counsel submits this motion in advance of the next status hearing due to the urgency of obtaining new counsel.

DATED: July 2, 2013                  Respectfully submitted,

                                                  HEATHER WILLIAMS
                                                Federal Defender

                                                /s/ Angeles Zaragoza
                                                Assistant Federal Defender
                                                Attorney for Barbara Perry

# **O R D E R**

IT IS HEREBY ORDERED that the Office of the Federal Defender find counsel from the CJA panel to represent the defendant Barbara Perry.

Date: July 02, 2013

                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT