```
HEATHER WILLIAMS, Bar #122664
Federal Defender
Angeles Zaragoza, Bar #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BARBARA PERRY
```

FILED
JUL 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-353-MCE |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| BARBARA PERRY, | |
| Defendant. | |

It is respectfully requested that Assistant Federal Defender ANGELES ZARAGOZA and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that MICHAEL LONG, Attorney at Law, 901 H Street, #301, Sacramento, California, 95814; telephone number (916) 442-8299, be substituted in as appointed counsel for Ms. Barbara Perry.

Dated: July 8, 2013                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ Angeles Zaragoza
                                       ANGELES ZARAGOZA
                                       Assistant Federal Defender
                                       Attorney for Defendant

/ / /

/ / /

1     I accept the substitution and ask to be appointed.

2

3 DATED: July 8, 2013            /s/ Michael Long
                                         MICHAEL LONG
                                         Attorney at Law

4

5     I consent to the substitution.

6

7 DATED: July 8, 2013     7-16-13 /s/
                                           BARBARA PERRY
                                           Defendant

8

9

                               **O R D E R**

10

11     IT IS SO ORDERED.

12 DATED: 7-16-13

13                                        HON. MORRISON C. ENGLAND, JR.
                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28